# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICAH ANGEL**                                                                                           **PLAINTIFF**

**v.**                                                      **3:22-CV-00337- BRW**

**JONESBORO POLICE DEPARTMENT**                                              **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that the Jonesboro Police Department "has refused to fill four FOIA (Freedom of Information Act) requests, and they tried to charge her a fee to release a 911 call and dispatch video."[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 5th day of January, 2023.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No 2